| | | | |
|---|---|---|---|
| 285P15 | Department of Transportation v. BB&R, LLC; Kenneth W. Fromknecht, II, Trustee; Andy Berry & Sons, Inc.; United Community Bank (Georgia); Marcia J. Ringle, Trustee; and Macon Bank, Inc. | Defs' (BB&R, LLC, and Andy Berry & Sons, Inc.) PDR Under N.C.G.S. § 7A-31 (COA14-1185) | Denied |
| 287A15 | State v. Warith Farad Muhammad | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1350)<br><br>2. State's Motion to Dismiss Appeal | 1. —<br><br><br><br>2. Allowed |
| 288P15 | Neusoft Medical Systems, USA, Inc., Plaintiff v. NeuIsys, LLC, Defendant<br><br>NeuIsys, LLC, Counterclaim-Plaintiff v. Neusoft Medical Systems, USA, Inc., Tom Buse, and Keith Mildenberger, Counterclaim-Defendants<br><br>NeuIsys, LLC, Third-Party Plaintiff v. Neusoft Medical System Company, Ltd., Third-Party Defendant | 1. Third-Party Def's Notice of Appeal Based Upon a Constitutional Question (COA14-779)<br><br>2. Third-Party Def's PDR Under N.C.G.S. § 7A-31<br><br>3. North Carolina Association of Defense Attorneys' Motion for Leave to File Amicus Brief<br><br>4. Plt and Counterclaim Def's (Neusoft Medical Systems, USA, Inc.) PDR Under N.C.G.S. § 7A-31<br><br>5. Counterclaim Defs' (Tom Buse and Keith Mildenberger) PDR Under N.C.G.S. § 7A-31<br><br>6. Third-Party Plt's (NeuIsys, LLC) Motion To Dismiss Appeal (of Third-Party Defendant)<br><br>7. Third-Party Plt's (NeuIsys, LLC) Conditional PDR Under N.C.G.S. § 7A-31<br><br>8. Third-Party Plt's (NeuIsys, LLC) Conditional PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br><br>2. Denied<br><br><br>3. Dismissed as moot<br><br><br>4. Denied<br><br><br><br>5. Denied<br><br><br><br>6. Allowed<br><br><br><br>7. Dismissed as moot<br><br>8. Dismissed as moot |
| 291P15 | John Richard Jordan and Danny Dwight Jordan v. Raymond Baxter Jordan | Plt's (John Richard Jordan) *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-108) | Denied |
| 294P15 | Mark Charles v. Norma Charles aka Norma Graciano | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-196) | Denied |